Michael J. Bowe
(*pro hac vice* forthcoming)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice* forthcoming)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.L., | CASE NO. 2:24-cv-7046 |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF RELATED CASES** |
| MINDGEEK S.A.R.L., a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware limited liability company; GINOGERUM, LLC, a Delaware limited liability company; WHITE HATHAWAY OPPORTUNITY, LLC, a Delaware limited liability company; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware | |

limited liability company; CB MEDIA VENTURES LLC, a Delaware limited liability company; CB AGENCY SERVICES, LLC, a Delaware limited liability company; and CB PARTICIPATIONS SPV, LLC, a Delaware limited liability company,

Defendants.

J.L. hereby files this Notice of Related Cases under Central District of California Local Rule 83-1.3.1. The following cases have a substantial overlap in defendants and have some of the same factual allegations. It would further the interests of judicial efficiency to have them heard by the same judge.

1. *Jane Doe v. MindGeek USA Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS, filed on February 19, 2021 in this District Court, is currently pending before the Honorable Wesley L. Hsu. This is a class action seeking damages and injunctive relief against defendants – (i) MindGeek USA Incorporated (ii) MindGeek S.A.R.L.; (iii) MG Freesites, Ltd., (d/b/a Pornhub); (iv) MG Freesites II, Ltd.; (v) MG Content RT Limited; and (vi) 9219-1568 Quebec Inc. (d/b/a MindGeek) – based on allegations that defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA"), specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which plaintiff and members of the class were victims. Further, plaintiff alleges that the defendants violated 18 U.S.C. § 2258A by failing to report child sexual abuse materials on their websites and 18 U.S.C. § 2252A for knowingly receiving and distributing child pornography depicting plaintiff and the class on their websites. Plaintiff also asserts state statutory and common law violations. On November 17, 2023, the Court granted Plaintiff's Motion for Class Certification and certified under both Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) two classes. (Dkt. 209, Order Granting Plaintiff's Motion for Class Certification, *Jane Doe v. MindGeek USA Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS (C.D. Cal. 2021).) The Court first certified a national class including "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years." (Dkt. 107 at 44, ¶ 154.) The Court next certified a subclass of "all persons residing in California who were under the age of 18 when they appeared in a video or image

1  that has been uploaded or otherwise made available for viewing on any website

2  owned or operated by Defendants in the last ten years." (*Id.* at ¶ 155.)  Plaintiff in

3  this related action is represented by the following counsel:  Susman Godfrey L.L.P.

4  and Pollock Cohen LLP.

5          2. *Serena Fleites v. MindGeek S.A.R.L. et al.*, Case No. 2:21-cv-4920-

6  WLH-ADS, filed on June 17, 2021 in this District Court, is currently pending before

7  the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and

8  injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd.

9  d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG

10  Global Entertainment, Inc.; (vi) 9219-1568 Quebec, Inc.;(vii) Bernd Bergmair;

11  (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital

12  Management, LLC; (xii) Redwood Master Fund, LTD; (xiii) Redwood Opportunity

13  Master Fund, Ltd.; (xiv) Manuel 2018, LLC; (xv) Ginogerum, LLC; (xvi) White

14  Hathaway Opportunity, LLC; (xvii) Colbeck Capital Management, LLC; (xviii) CB

15  Media Ventures LLC; (xix) CB Agency Services, LLC; and (xx) CB Participations

16  SPV, LLC – for sex trafficking and conspiracy to benefit from a trafficking venture

17  in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and

18  possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and

19  2255, and state statutory and common law violations.  Plaintiff in this related action

20  is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

21          3. *K.A. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04786-WLH-ADS,

22  filed on June 7, 2024 in this District Court, is currently pending before the

23  Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive

24  relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a

25  Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global

26  Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd

27  Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood

28  Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital

Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

4.     *N.L. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04788-WLH-ADS, filed on June 7, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

5.     *L.T. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04791-WLH-ADS, filed on June 7, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital

Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

6.    *T.C. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04795-WLH-ADS, filed on June 7, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

7.    *X.N. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04800-WLH-ADS, filed on June 7, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital

Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

8.     *N.Y. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04801-WLH-ADS, filed on June 7, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

9.     *J.C. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04971-WLH-ADS, filed on June 12, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital

Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and
conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591,
1594, and 1595, for receipt, transport, and possession of child pornography in
violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common
law violations.  Plaintiff in this related action is represented by the following
counsel:  Brown Rudnick LLP and Olson Stein LLP.

10. *W.L. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04977-WLH-ADS,
filed on June 13, 2024 in this District Cour, is currently pending before the
Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive
relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a
Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global
Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd
Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood
Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital
Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and
conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591,
1594, and 1595, for receipt, transport, and possession of child pornography in
violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common
law violations.  Plaintiff in this related action is represented by the following
counsel:  Brown Rudnick LLP and Olson Stein LLP.

11. *C.S. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04992-WLH-ADS,
filed on June 13, 2024 in this District Court, is currently pending before the
Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive
relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a
Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global
Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd
Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood
Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital

Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

12.    *S.O. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-04998-WLH-ADS, filed on June 13, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

13.    *L.S. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-05026-WLH-ADS, filed on June 14, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital

Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

14.    *W.P. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-05185-WLH-ADS, filed on June 20, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

15.    *A.K. v. MindGeek S.A.R.L. et al.*, Case No. 2:24-cv-05190-WLH-ADS, filed on June 20, 2024 in this District Court, is currently pending before the Honorable Wesley L. Hsu.  Plaintiff in this case is seeking damages and injunctive relief against defendants – (i) MindGeek S.A.R.L.; (ii) MG Freesites, Ltd., d/b/a Pornhub; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc., d/b/a MindGeek; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Doe Funds 1-7; (xiii) Colbeck Capital

Management, LLC; and (xiv) Colbeck Doe Funds 1-3 – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.  Plaintiff in this related action is represented by the following counsel:  Brown Rudnick LLP and Olson Stein LLP.

Dated:  August 20, 2024                Respectfully submitted,

                                       */s/ Michael J. Bowe*
                                       Michael J. Bowe (*pro hac vice* forthcoming)
                                       mbowe@brownrudnick.com
                                       Lauren Tabaksblat (*pro hac vice* forthcoming)
                                       ltabaksblat@brownrudnick.com
                                       **BROWN RUDNICK LLP**
                                       7 Times Square
                                       New York, NY 10036
                                       Phone: 212.209.4800
                                       Fax:    212.209.4801

                                       David M. Stein (State Bar #198256)
                                       dstein@olsonstein.com
                                       **OLSON STEIN LLP**
                                       240 Nice Lane #301
                                       Newport Beach, CA 92663
                                       Phone: 949.887.4600

                                       **Counsel for Plaintiff**